UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Joseph E. Irenas |
| v. | : Crim. No. 09-929 (JEI) |
| GARY GANDY | : **ORDER** |

THIS MATTER HAVING come before the court on the United States' Motion for Revocation of Bail Pending Execution of Sentence pursuant to 18 U.S.C. § 3143(a), by Paul J. Fishman, United States Attorney (Jacqueline M. Carle, Assistant United States Attorney appearing) and John J. Zarych, Esquire appearing for defendant Gary Gandy, and the court having considered the papers filed and having heard the arguments of counsel, and for the reasons expressed on the record on April 29, 2010,

IT IS ON THIS 29th day of April, 2010, **ORDERED** that the United States' Motion for Revocation of Bail Pending Execution of Sentence, be and is hereby **GRANTED**.

_____
JOSEPH E. IRENAS
Senior United States District Judge